UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YINGANG WANG,<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, ET AL.,<br><br>Defendants. | No. 2:22-cv-06619-SVW-PVC<br><br>[PROPOSED]<br><br>**ORDER RE:<br>JOINT STIPULATION FOR DISMISSAL**<br><br>Honorable Stephen V. Wilson<br>United States District Judge |

Pursuant to the stipulation of the parties under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the action is hereby dismissed with prejudice in its entirety with each party bearing its own costs, fees, and expenses.

SO ORDERED.

Dated: December 6, 2023

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1